IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRANK LLP | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 1:16-cv-00670-CRC |
| | ) | |
| v. | ) | |
| | ) | |
| CONSUMER FINANCIAL PROTECTION BUREAU | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE A SUPPLEMENTAL COMPLAINT**

Plaintiff Frank LLP hereby moves, pursuant to Federal Rule of Civil Procedure 15(d), for leave to file a Supplemental Complaint and for an order requiring Defendant to answer the Supplemental Complaint within no more than thirty days of the filing of same. Plaintiff's proposed Supplemental Complaint is attached to this Motion as Exhibit 1, while a Declaration in support of this Motion is being filed simultaneously. The leave now requested should be granted for the following reasons:

Rule 15(d) allows for the filing of a supplemental complaint "setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Fed. R. Civ. P. 15(d). "[L]eave to file a supplemental pleading should be freely permitted when the supplemental facts connect it to the original pleading." *Aftergood v. Cent. Intelligence Agency*, 225 F. Supp. 2d 27, 30 (D.D.C. 2002) (internal quotation marks and citation omitted) (granting leave to file supplemental complaint reflecting additional Freedom of Information Act request closely factually related to the FOIA request underlying original complaint).

Further, a supplemental complaint "may introduce new causes of action not alleged in the original complaint so long as their introduction does not create surprise or prejudice the rights of the adverse party." *Id.*  Finally, granting leave to file a supplemental complaint in cases such as this one promotes judicial efficiency, as it "fosters a full adjudication of the merits of the parties' disputes within a single comprehensive proceeding." *Katzman v. Sessions*, 156 F.R.D. 35, 38 (E.D.N.Y. 1994) (granting leave to file supplemental complaint reflecting additional FOIA requests closely factually related to the FOIA request underlying original complaint).

Dated: October 21, 2016

Respectfully submitted,

/s/  *Gregory A. Frank*
Gregory A. Frank
(D.C. Bar No. NY0216)
FRANK LLP
275 Madison Avenue
Suite 705
New York, NY  10016
(212) 682.1853
gfrank@frankllp.com

*Counsel for Plaintiff*

LOCAL CIVIL RULE 7(M) STATEMENT

I certify that, on October 11, 2016, I conferred with counsel for Defendant in a good-faith effort to determine whether there would be any opposition to the instant motion, and whether it would be possible to narrow the areas of disagreement.  Counsel for Defendant stated that Defendant would oppose the instant motion.

/s/  *Gregory A. Frank*