# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK LLP                )<br>                          )<br>            Plaintiff,    )<br>                          )<br>v.                        )<br>                          )<br>CONSUMER FINANCIAL        )<br>PROTECTION BUREAU         )<br>                          )<br>            Defendant.    )<br>_____) | Civ. No. 1:16-cv-00670-CRC<br><br>**DECLARATION OF**<br>**GREGORY A. FRANK**<br>**IN SUPPORT OF PLAINTIFF'S**<br>**MOTION FOR LEAVE TO FILE**<br>**A SUPPLEMENTAL COMPLAINT** |

**GREGORY A. FRANK,** of full age, hereby declares as follows:

1. I am a Partner at, and counsel for, the law firm Frank LLP, 275 Madison Avenue, Suite 705, New York, New York 10016, which is the Plaintiff in the above-captioned action.

2. Attached hereto as Exhibit A is a true and correct copy of the Initial Complaint in this action, which was entered as ECF No. 1 on this action's docket.

3. Attached hereto as Exhibit B is a true and correct copy of the Second Amended Class Action Complaint in *Agoado et al. v. Midland Funding, LLC et al.*, No. 2:14-cv-00018-JMA-AKT (E.D.N.Y. Aug. 19, 2014), ECF No. 45.

4. Attached hereto as Exhibit C is a true and correct copy of the Consent Order in *In re Encore Capital Grp., Inc. et al.*, Admin. Proc. No. 2015-CFPB-0022 (Sept. 3, 2015).

5. Attached hereto as Exhibit D is a true and correct copy of Plaintiff's Original FOIA Request to Defendant, dated September 11, 2015.

6. Attached hereto as Exhibit E is a true and correct copy of Defendant's September 30, 2015 letter denying Plaintiff's Original FOIA Request.

7. Attached hereto as Exhibit F is a true and correct copy of Plaintiff's October 30, 2015 letter appealing Defendant's denial of Plaintiff's Original FOIA Request.

8. Attached hereto as Exhibit G is a true and correct copy of Defendant's December 1, 2015 letter denying the appeal of the denial of Plaintiff's Original FOIA Request.

9. Attached hereto as Exhibit H is a true and correct copy of Plaintiff's December 17, 2015 letter requesting that Defendant re-open the aforementioned appeal.

10. Attached hereto as Exhibit I is a true and correct copy of the Office of Government Information Services' February 10, 2016 letter informing Plaintiff of Defendant's refusal to participate in OGIS mediation of the parties' FOIA dispute.

11. Attached hereto as Exhibit J is a true and correct copy of Plaintiff's Supplemental FOIA Request to Defendant, dated July 25, 2016.

12. Attached hereto as Exhibit K is a true and correct copy of Defendant's August 10, 2016 letter denying Plaintiff's Supplemental FOIA Request.

13. Attached hereto as Exhibit L is a true and correct copy of Plaintiff's August 18, 2016 letter appealing Defendant's denial of Plaintiff's Supplemental FOIA Request.

14. Attached hereto as Exhibit M is a true and correct copy of Defendant's September 19, 2016 appellate determination letter as to Plaintiff's appeal of the denial of the Supplemental FOIA Request.

15. Attached hereto as Exhibit N is a true and correct copy of Defendant's October 13, 2016 letter notifying Plaintiff of Defendant's invocation of a 10-day extension as to Defendant's mandated segregability review.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed on October 21, 2016.

                                                             */s/  Gregory A. Frank*
                                                           Gregory A. Frank (NY0216)